UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-3989

RACE TIRES AMERICA, INC.,
a Division of Specialty Tires of America, Inc.;
SPECIALTY TIRES OF AMERICA, INC.;
SPECIALTY TIRES OF AMERICA (PENNSYLVANIA), INC.;
SPECIALTY TIRES AMERICA (TENNESSEE), LLC,

Appellants

v.

HOOSIER RACING TIRE CORP;
DIRT MOTOR SPORTS INC,
d/b/a/ World Racing Group

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2-07-cv-01294)
District Judge: Hon. Terrence F. McVerry

BEFORE: FISHER, and COWEN, Circuit Judges
and DITTER*, District Judge

*Honorable J. William Ditter, Senior United States District Judge for the Eastern District
of Pennsylvania, sitting by designation.

ORDER AMENDING OPINION FILED JULY 23, 2010

———————

IT IS HEREBY ORDERED that the opinion in this case, filed July 23, 2010, be

amended as follows:

Page 42, first line of first full paragraph, delete "and bright-line".

By the Court,


/s/ Robert E. Cowen
United States Circuit Judge

Dated: August 3, 2010
PDB/cc: All Counsel of Record